**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-6658**

WELDON EUGENE HOLTZCLAW, JR.,

Plaintiff - Appellant,

v.

JOHN DOE 1 SPINX EMPLOYEE; JOHN DOE 2 SPINX EMPLOYEE; JOHN DOE 3 PICKENS COUNTY SHERIFF OFFICER; GREENVILLE COUNTY SHERIFF'S DEPARTMENT; PICKENS COUNTY SHERIFF'S DEPARTMENT; JOHN DOE 4; CASHIER,

Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Greenville.  Donald C. Coggins, Jr., District Judge.  (6:25-cv-01294-DCC)

Submitted:  January 22, 2026                          Decided:  January 29, 2026

Before AGEE, RICHARDSON, and HEYTENS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Weldon Eugene Holtzclaw, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Weldon Eugene Holtzclaw, Jr., appeals the district court's order dismissing his civil action without prejudice for failure to prosecute. On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b). Because Holtzclaw's informal brief does not challenge the basis for the district court's disposition, he has forfeited appellate review of the court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*